1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone:   (510) 523-4702
   Facsimile:    (510)747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA           NO. CV15-03301 SLM
11
                Plaintiff,
12                                    **JUDGMENT ON DEFAULT**
       v.
13
   KIM R. YOST aka KIM YOST
14 aka KIM ROCHELLE YOST
   aka KIM ROCHELLE YOST SR.,
15 aka KIM HAMMOND aka KIM MARTIN,

16             Defendant.
                                    /
17

18      In the above entitled action, the defendant KIM R. YOST aka KIM YOST aka KIM

19 ROCHELLE YOST aka KIM ROCHELLE YOST SR., aka KIM HAMMOND aka KIM

20 MARTIN having been duly served with the Summons and a copy of the Complaint in the

21 action, and the defendant having failed to appear, answer, plead, or otherwise defend in

22 the action within the time allowed by law, or at all, and default having been duly entered;

23 and it further appearing that plaintiff's claim against the defendant is for a sum certain and

24 for interest which can by computation be made certain and for costs; and it further

25 appearing that a declaration on behalf of the plaintiff required by Rule 55 has been filed,

26 setting forth the amounts due plaintiff from said defendant in accordance with the prayer of

27 the Complaint, and also setting forth that defendant is not an infant or incompetent person

28 or in the military service of the United States within the meaning of the Service Members

1  Civil Relief Act [50 U.S.C. Appx. §§ 501 *et. seq.*] (formerly the Soldiers' and Sailor's Civil
2  Relief Act of 1940), or otherwise entitled to the benefits of said Act, and praying that
3  Judgment be entered herein.
4      NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,
5      IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of
6  and from the defendant, KIM R. YOST aka KIM YOST aka KIM ROCHELLE YOST aka KIM
7  ROCHELLE YOST SR., aka KIM HAMMOND aka KIM MARTIN, the sum of $2,988.59 as
8  principal, interest, attorney fees, and costs, plus interest in the amount of $0.20 per day
9  from September 10, 2015, to the date of entry of the judgment, plus post judgment interest
10 thereafter at the current legal rate per annum, pursuant to the provisions of 28 USC Sec.
11 1961(a) which will be compounded annually pursuant to the provisions of 28 U.S.C. Sec
12 1961(b), and judgment is herewith entered accordingly.

14 JUDGMENT ENTERED:  9/14/2015



SUSAN Y. SOONG, Clerk
UNITED STATES DISTRICT COURT

_____
Deputy Clerk   Mark Romyn